**ALLSTATE INSURANCE COMPANY and Paul R. Duplechain.**

**No. 50305.**

Jan. 20, 1970.

In re: Kathleen J. McWard applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 228 So.2d 195.

The application is denied. There appears no error of law in the judgment complained of.

■

230 So.2d 94

**Douglas J. TALBOT**

**v.**

**DOUGLAS MOVING & WAREHOUSE CO., Inc.**

**No. 50306.**

Jan. 20, 1970.

In re: Douglas Moving & Warehouse Company, Inc and Frank Oldham, Jr. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 228 So.2d 222.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

■

230 So.2d 94

**FIDELITY GENERAL INSURANCE COMPANY**

**v.**

**Harry H. RIPLEY, in his capacity as the Administrator of the Estate of his minor child, Donald R. Ripley.**

**No. 50308.**

Jan. 20, 1970.

In re: Fidelity General Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 228 So.2d 238.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.